```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

ELERI CHARLES,

        Petitioner,                     No. CIV S-11-2729 DAD P

    vs.

JAMES D. HARTLEY,

        Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is presently incarcerated at Avenal State Prison in Kings County. He is serving a sentence on a judgment of conviction entered by the Los Angeles County Superior Court.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. <u>See</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the U.S. District Court for the Central District of California. Accordingly, in the

/////

1

1  furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United
2  States District Court for the Central District of California.  Id. at 499 n.15; 28 U.S.C. § 2241(d).
3  DATED: November 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
char2729.108a