UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES ELERI, | ) | NO. CV 11-9169-BRO (AS) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) | |
| JAMES D. HARTLEY, Warden, | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this
2  Order, the Magistrate Judge's Report and Recommendation and the
3  Judgment herein on counsel for Petitioner and counsel for
4  Respondent.

6  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  DATED: August 7, 2014

      _____
            BEVERLY REID O'CONNELL
          UNITED STATES DISTRICT JUDGE