**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES ELERI, | ) | NO. CV 11-9169-BRO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 7, 2014

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE